UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of Case Transfers to
**District Judge Jacqueline Becerra**

1. *Associated Energy Group, LLC v. Nexus Flight Operations Services*, Case No. 23-cv-22611.
2. *Bounphakhom v. Daniels et al.*, Case No. 24-cv-21132.
3. *Gulliver's Tavern, Inc. v. Alerte Entertainment, Inc. et al.*, Case No. 23-cv-20032.
4. *Montano v. Washington State Department of Health et al.*, Case No. 23-cv-23903.
5. *Ransome v. F&E Aviation Holdings, Inc.*, Case No. 24-cv-20287.
6. *Quotestorm Holdings, LLC v. Cook et al.*, Case No. 24-cv-20690.
7. *United States of America v. Khan et al.*, Case No. 23-cv-24497.
8. *Mediapro US Production Services, LLC et al. v. 8 Clanes, S.A.S.*, Case No. 23-cv-24590.
9. *Ortez Remodeling, LLC v. Adivo Construction Corp., et al.*, Case No. 23-cv-24305.
10. *Fisher Island Community Association, Inc v. Fernandez, et al.*, Case No. 23-cv-23385.
11. *Beach Side Apts, LLC v. Neue Urban LLC, et al.*, Case No. 22-cv-23694.
12. *Government Employees Insurance Co., et al. v. Burak, et al.*, Case No. 24-cv-20394.

## REVISED ORDER OF REASSIGNMENT

The above-styled cases have been selected for reassignment from the undersigned District Judge to the newly appointed **District Judge Jacqueline Becerra**.

Pursuant to Internal Operating Procedure 2.05.03 – 2.05.04 of the United States District Court for the Southern District of Florida, it is **ORDERED AND ADJUDGED** that the above-styled actions are **REASSIGNED** to the calendar of the Honorable Jacqueline Becerra. All currently pending hearings set before the undersigned Judge are **TERMINATED** and are to be rescheduled by Judge Jacqueline Becerra. All deadlines shall **REMAIN IN EFFECT** unless altered by Judge Jacqueline Becerra. All papers filed

after this date shall bear the assigned case number followed by the initials JB, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 27th day of March, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE